IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 1:22-CR-180 |
| v. | ) | |
| | **)** | Honorable T.S. Ellis, III |
| | ) | |
| HERBERT MURILLO-LOPEZ, | ) | Trial Date: January 10, 2023 |
| Defendant. | ) | |

### AMENDED EXHIBIT LIST FOR THE UNITED STATES

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Ronald L. Walutes, Jr., Assistant United States Attorney, hereby submits its exhibit list.

| **Exhibit** | **Description** |
|---|---|
| 1A – 1B | Clipped Body Camera footage from August 24, 2022* |
| 2 A- 2B | Color Photographs of Blue Satchel |
| 3 | Color Photograph of Taurus 24/7 G2C .40 caliber pistol |
| 4 | Taurus 24/7 G2C .40 caliber pistol, serial number SHP36485* |
| 5 | Certified A-File for Herbert Murillo-Lopez |
| | |
| | |
| | |

\* Physical evidence to be presented at trial.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Ronald L. Walutes, Jr.
Assistant United States Attorney
Virginia Bar No.: 26312
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Ron.Walutes@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2023, I electronically filed the foregoing Government Amended Exhibit List with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Valencia Roberts, Esquire
Counsel for the defendant

By:         /s/
Ronald L. Walutes, Jr.
Assistant United States Attorney
Virginia Bar No.: 26312
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Ron.Walutes@usdoj.gov